STATE of Missouri, Respondent,

v.

Sirrena TRUITT, Appellant.

No. WD 50801.

Missouri Court of Appeals,
Western District.

May 21, 1996.

Matthew J. O'Connor, Asst. Public Defender, St. Joseph, for Appellant.

Pamela L. Cone, Asst. Prosecuting Attorney, St. Joseph, for Respondent.

Before FENNER, C.J., P.J., and SPINDEN and ELLIS, JJ.

## ORDER

PER CURIAM.

Appeal from conviction, after trial by jury, of criminal non-support, a class A misdemeanor, pursuant to § 568.040, RSMo 1994.

Judgment affirmed. Rule 30.25(b).